SAPP, treasurer, *v.* GRAHAM.

EVANS, J. This case is controlled by the case of *Sapp* v. *DeLacy*, ante.
*Judgment reversed. All the Justices concur, except Fish, C. J., absent.*

Submitted July 18, 1906.—Decided February 15, 1907.

Mandamus. Before Judge Martin. Dodge superior court. June 1, 1906.

*W. M. Clements* and *W. L. & Warren Grice,* for plaintiff in error.
*E. D. Graham* and *S. W. Harris,* contra.